# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:06-CR-147 |
| | ) | (Varlan / Guyton) |
| SHERMOND ALSUP | ) | |

## O R D E R

Having read and considered the government's motion to unseal and for good cause shown, it is hereby ORDERED that the Clerk is directed to unseal the plea agreement in the above-styled cause solely for the purpose of providing same in discovery and for the parties to use in the jury trial of *United States v. Jesse Rondale Bailey*, docket number 3:06-CR-145. Thereafter, the plea agreement shall be resealed and remain sealed until further order of this Court.

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge